IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrrell Peterson,<br><br>    Plaintiff,<br><br>vs.<br><br>General Motors, LLC, et al.,<br><br>    Defendants. | No. CV-15-01108-PHX-SPL<br><br>**ORDER** |

  Before the Court is the parties' Stipulation to Dismiss (Doc. 37). Pursuant to the parties' stipulation,

  **IT IS ORDERED:**

  1. That the Stipulation to Dismiss (Doc. 37) is **granted**;

  2. That this action is **dismissed with prejudice** in its entirety;

  3. That each party shall bear its own costs and attorneys' fees; and

  4. That the Clerk of Court shall terminate this action.

Dated this 7th day of June, 2016.

Honorable Steven P. Logan
United States District Judge